IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**C&C INTERNATIONAL TRADING COMPANY**                                **PLAINTIFF**
d/b/a Chefs Trading

**v.**                    **Case No. 4:20-cv-00415-LPR**

**BUCKHEAD MEAT COMPANY**
d/b/a Trinity Seafood                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on March 23, 2021,[1] it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. Chefs Trading's claim of unfair competition in violation of 15 U.S.C. § 1125 is DISMISSED without prejudice, Chefs Trading's claim of unfair competition in violation of Arkansas common law is DISMISSED without prejudice, Chefs Trading's claim of breach of contract is DISMISSED with prejudice, and Chefs Trading's claim of unjust enrichment is DISMISSED with prejudice.

IT IS SO ADJUDGED this 26th day of April 2021.

*/s/ Lee P. Rudofsky*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Order (Doc. 29-1).